UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

LI FENG LIU,

                Plaintiff,                 **ECF CASE**

     v.

                                                 07 Civ. 7733 (LAK)

MARY ANN GANTNER, et al.

                Defendants.             NOTICE OF APPEARANCE

------------------------------------------------------------ x

TO:    Clerk of Court
         United States District Court
         Southern District of New York

       The undersigned attorney respectfully requests the Clerk to note her appearance in this case and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Date:  New York, New York
           September 20, 2007

                                                Respectfully submitted,

                                                MICHAEL J. GARCIA
                                              United States Attorney for the
                                              Southern District of New York

                                 By:    /s/_____
                                              CAROLINA A. FORNOS
                                              Assistant United States Attorney
                                              86 Chambers Street, 3rd Floor
                                              New York, New York 10007
                                              Telephone: (212) 637-2740
                                              Facsimile: (212) 637-2702
                                              Email: carolina.fornos@usdoj.gov

TO:    Margaret W. Wong, Esq.
         3150 Chester Ave.
         Cleveland, OH 44114