09/28/07  17:03  FAX 216 566 1125   Margaret Wong & Assoc

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LI FENG LIU,

   Petitioner-Plaintiff

   v.

MARY ANN GANTNER, New York District Director of the United States Citizenship and Immigration Services; ALBERTO GONZALES, Attorney General of the United States; EMILIO T. GONZALEZ, Director, U.S. Citizenship and Immigration Services; MICHAEL CHERTOFF, Secretary of U.S. Department of Homeland Security; ROBERT S. MUELLER, III, Director of the Federal Bureau of Investigation,

   Respondents-Defendants.

STIPULATION AND
ORDER OF TRANSFER

07 Civ. 7733 (LAK)

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that the above-captioned action be, and hereby is, transferred to the United States District Court for the Eastern District of New York, pursuant to 8 U.S.C. § 1447(b) and 28 U.S.C. § 1631, because, as set forth in the Complaint, Plaintiff resides in the Eastern District of New York.

Dated: Cleveland, Ohio
September 28, 2007

MARGARET W. WONG

By: _____
MARGARET W. WONG
SCOTT BRATTON
3150 Chester Avenue
Cleveland, OH 44144
Tel. No.: (216) 566-9908
Fax No.: (216) 566-1125
*Attorneys for Plaintiff*

SO ORDERED:

_____
HON. LEWIS A. KAPLAN
United States District Judge
10/1/07

Dated: New York, New York
September 28, 2007

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By: _____
CAROLINA A. FORNOS
Assistant United States Attorney
86 Chambers Street
New York, New York 10007
Tel.: (212) 637-2740
Fax: (212) 637-2702
*Attorneys for Defendants*

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/2/07